# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 711 |
| | : | |
| REAPPOINTMENT TO ORPHANS' | : | SUPREME COURT RULES |
| | : | |
| COURT PROCEDURAL RULES | : | |
| | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of September, 2016, John F. Meck, Esquire, Allegheny County, is hereby reappointed as a member of the Orphans' Court Procedural Rules Committee for a term expiring January 1, 2018.